IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE LLC and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-1221 (LPS) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Civil Local Rule 83.7, please take notice that the appearance of Xiao Wang of WILLIAMS & CONNOLLY LLP hereby withdraws his appearance as an attorney of record for Plaintiffs Bayer Healthcare LLC and Bayer Healthcare Pharmaceuticals, Inc. in the above-captioned consolidated matter. Mr. Wang will no longer be an attorney at WILLIAMS & CONNOLLY LLP after November 5, 2018. The remaining attorneys of record from WILLIAMS & CONNOLLY LLP and MORRIS, NICHOLS, ARSHT & TUNNELL LLP will continue to represent Bayer HealthCare LLC and Bayer HealthCare Pharmaceuticals Inc. in the above-captioned matter.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Anthony D. Raucci* |
|  | ――――――――――――――――――――― |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Derek J. Fahnestock (#4705) |
| Bruce R. Genderson | Anthony D. Raucci (#5948) |
| Adam L. Perlman | 1201 North Market Street |
| Dov P. Grossman | P.O. Box 1347 |
| Jessica B. Rydstrom | Wilmington, DE 19899 |
| Seth R. Bowers | (302) 658-9200 |
| Ben Picozzi | jblumenfeld@mnat.com |
| WILLIAMS & CONNOLLY LLP | dfahnestock@mnat.com |
| 725 Twelfth St. NW | araucci@mnat.com |
| Washington, DC 20005 |  |
| (202) 434-5000 | *Attorneys for Plaintiffs Bayer HealthCare LLC and Bayer HealthCare Pharmaceuticals Inc.* |

November 6, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 6, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Richard T. Ruzich, Esquire<br>Phillip Y. Kouyoumdjian, Esquire<br>Ian Scott, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)