

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

October 29, 2019

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *Bayer Healthcare LLC v. Apotex Inc., et al.,*
           **C.A. No. 16-1221-LPS (Consolidated)**

Dear Chief Judge Stark:

    We jointly submit this letter on behalf of all parties in the above-referenced matter. We are aware of the Court's heavy docket and recent orders setting trials in other matters during the November 18 week that the parties in this matter are scheduled to go to trial. To that end, we respectfully ask whether it is appropriate to inform witnesses, experts, and other trial personnel that trial will not proceed during that period so that they may make appropriate travel and other arrangements. This is a case in which Apotex has filed a Paragraph III certification to a blocking patent that is listed in the Orange Book and does not expire until June 28, 2022. We are available at the Court's convenience to discuss rescheduling.

                          Respectfully,

                          *Kenneth L. Dorsney*

                          Kenneth L. Dorsney (I.D. #3726)

cc:    All counsel of record (via e-filing and email)