IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE LLC and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-1221 (LPS) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) |

## STIPULATION

By virtue of a settlement agreement between the parties, and pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer HealthCare LLC and Bayer HealthCare Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") hereby stipulate and agree that Plaintiffs' action against Apotex with respect to Apotex's 40 mg generic regorafenib tablets, including all claims and defenses asserted by Plaintiffs against Apotex and all claims and defenses asserted by Apotex against Plaintiffs with respect to Apotex's 40 mg generic regorafenib tablets, are hereby dismissed with prejudice.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014) <br> Derek J. Fahnestock (#4705) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> dfahnestock@mnat.com <br> araucci@mnat.com | Kenneth L. Dorsney (#3726) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801-1494 <br> (302) 888-6855 <br> kdorsney@morrisjames.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Bruce R. Genderson | Stephen R. Auten |
| Dov P. Grossman | Richard T. Ruzich |
| David I. Berl | Phillip Y. Kouyoumdjian |
| Jessica B. Rydstrom | Ian Scott |
| Seth R. Bowers | TAFT STETTINIUS & HOLLISTER LLP |
| Ben Picozzi | 111 East Wacker Drive, Suite 2800 |
| Griffin R. Farha | Chicago, IL 60601 |
| WILLIAMS & CONNOLLY LLP | (312) 527-4000 |
| 725 Twelfth Street NW | |
| Washington, DC 20005 | Guylaine Haché |
| (202) 434-5000 | KATTEN MUCHIN ROSENMAN LLP |
| | 525 West Monroe Street |
| *Attorneys for Plaintiffs Bayer Healthcare LLC and Bayer Healthcare Pharmaceuticals Inc.* | Chicago, IL 60661 |
| | (312) 902-5200 |
| | |
| | Joseph M. Janusz |
| | Jitendra "Jitty" Malik |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 550 South Tryon Street, Suite 2900 |
| | Charlotte, NC 28202 |
| | (704) 444-2000 |
| | |
| | Lance A. Soderstrom |
| | Deepro R. Mukerjee |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 575 Madison Avenue |
| | New York, NY 10022 |
| | (212) 940-8800 |
| | |
| | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

August 12, 2020

SO ORDERED this ___ day of _____, 2020.

_____
CHIEF, UNITED STATES DISTRICT JUDGE